■ THE PEOPLE OF THE STATE OF NEW YORK v. EDWARD L. WARNER.— Motion by defendant pro se for leave to appeal as a poor person from an order denying an application under article 78 CPLR to recover property from the police property clerk of the City of New York, denied upon the ground that defendant is barred from bringing this proceeding by section 510 of the Penal Law. This denial is without prejudice to proceedings on defendant's behalf with respect to whatever other rights he may have including those under article 14 of the Correction Law. Concur — Breitel, J. P., Rabin, Valente, Eager and Bastow, JJ.

■ RUE MAGOWAN v. EDWARD S. MAGOWAN.— Motion to dismiss appeal granted, with $10 costs, unless plaintiff-respondent-appellant procures the record on appeal and her appellant's points to be served and filed on or before March 30, 1965, with notice of argument for the May 1965 Term of this court, said appeal to be argued or submitted when reached. Plaintiff is hereby directed to first perfect her appeal in accordance with CPLR (5530 subd. [b]). Concur — Botein, P. J., Breitel, McNally, Stevens and Steuer, JJ.